IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02309-RPM-MEH

KEVIN BACA,

    Plaintiff,

v.

APEX FINANCIAL MANAGEMENT, LLC, an Illinois limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2008.**

    Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Entry of Protective Order [Filed February 15, 2008; Docket #8] is **granted**. The Court will sign the Protective Order and enter it on the record.