IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02309-RPM-MEH

KEVIN BACA,

     Plaintiff,

v.

APEX FINANCIAL MANAGEMENT, LLC, an Illinois limited liability company,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2008.**

Defendant's Motion for Withdrawal of Tatiana Taylor [Filed February 20, 2008; Docket #14] is **granted**. Ms. Taylor's representation of Defendant is hereby **terminated**.