IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02309-RPM-MEH

KEVIN BACA,

    Plaintiff,

v.

APEX FINANCIAL MANAGEMENT, LLC, an Illinois limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2008.**

    Defendant's Motion for Telephonic Appearance at Settlement Conference [Filed February 22, 2008; Docket #17] is **granted**.