IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02309-RPM-MEH

KEVIN BACA,

    Plaintiff,

v.

APEX FINANCIAL MANAGEMENT, LLC, an Illinois limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

Upon review of the Stipulation of Dismissal with Prejudice pursuant to Rule41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: March 14th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge